WILLIAM C. CHURCH, *as Administrator, etc., Respondent, v.* SETH HOWARD, *Appellant, Impleaded, etc.* — Order affirmed, with ten dollars costs and printing disbursements. Opinion by LEARNED, P. J.

THOMAS EDWARDS *v.* GEORGE D. WOODRUFF and others, *Respondents, Impleaded with* ADDISON J. WHEELER, *Appellant.* — Order affirmed, with ten dollars costs and printing disbursements. Opinion by BOARDMAN, J.